

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Derrick U Dennis, on behalf of himself and all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  -against-<br><br><br>Superior Communications, Inc.,<br><br>                  Defendant. | Case No. **1:19-cv-01701-NGG RER**<br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Derrick U Dennis and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Superior Communications, Inc.

Dated:    Queens, New York
            October 24, 2019

Respectfully submitted,

By: _____
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Phone: (718) 971-9474
Email: Jshalom@jonathanshalomlaw.com
*Attorneys for Plaintiff*

**So Ordered.**
s/Nicholas G. Garaufis
_____
**Hon. Nicholas G. Garaufis**
**Date:** 10/25/19